IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **00-cr-307-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**RUBEN CORRAL-CARAVEO,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        This matter is set for a Supervised Release Violation Hearing on **September 25, 2009 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: September 8, 2009